**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **PATRICK NEAL ANDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:23-00155-JB-N** |
| | ) | |
| **FRANK BISIGNANO,** | ) | |
| *Commissioner of Social Security*, | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc# 18) dated July 17, 2026—made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)—is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff Patrick Neal Anderson's Motion for a Remand to the Commissioner of Social Security "for an Award of Disability Insurance Benefits…Effective August 3, 2000" (Doc# 13) is **GRANTED**, and the Defendant Commissioner of Social Security's "Motion for Remand with Entry of Judgment" (Doc# 11) is **GRANTED in part** and **DENIED in part**, such that the following is **ORDERED** under sentence four of 42 U.S.C. § 405(g):

1. the Commissioner's March 6, 2023 final decision denying Anderson's 2000 and 2009 applications for a period of disability and disability insurance benefits (collectively, "DIB") under Title II of the Social Security Act, 42 U.S.C. § 401, *et seq.*, and for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. § 1381, *et seq.*, is **REVERSED in part** as to the determination that Anderson was not

disabled prior to August 7, 2019;

2. Anderson's case is **REMANDED** to the Commissioner with directions to award Anderson all DIB benefits to which he is due on his 2000 and 2009 applications effective August 3, 2000, so long as he meets all non-disability requirements for same; and

3. Anderson's case as to whether he was disabled prior to August 7, 2019, is otherwise **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation (Doc# 18). On remand, the Commissioner shall, in addition to any other appropriate action, remand this case to an administrative law judge with instructions to consider the relevant evidence and prepare an updated exhibit list in accordance with HALLEX I-2-1-15; obtain supplemental vocational expert evidence; obtain supplemental medical expert evidence; take any other action necessary to complete the administrative record; offer the claimant an opportunity for a hearing; and issue a decision on the issue of disability prior to August 7, 2019.

Judgment consistent with this order shall hereafter be set out by separate document, in accordance with Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 6th day of August, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE